FILED
JUL 1 9 2016
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. |
| ) | |
| DANIEL I. AGUILAR, ) | **4:16CR00311 JMB** |
| ANDREW K. DELLINGER, ) | |
| RENITA M. LAMKIN, ) | |
| DANA H. OGLESBY, and ) | |
| OSAGYEFO U. SEKOU. ) | |

## INFORMATION

The United States Attorney charges that:

On or about August 10, 2015, at the Thomas F. Eagleton Courthouse, a Federal property within the jurisdiction of the United States, and in the Eastern District of Missouri, the defendants

**DANIEL I. AGUILAR,
ANDREW K. DELLINGER,
RENITA M. LAMKIN,
DANA H. OGLESBY, and
OSAGYEFO U. SEKOU**

did loiter, exhibit disorderly conduct, and exhibit other conduct on property that created loud or unusual noise or a nuisance; and unreasonably obstructed the usual use of entrances, foyers, lobbies, corridors, offices, elevators, stairways, and parking lots; and otherwise impeded or disrupted the performance of official duties by Government employees; and prevented the general public from obtaining the

administrative services provided on the property in a timely manner, in violation of Title 41, Code of Federal Regulations, Section 102-74.390.

RICHARD G. CALLAHAN
United States Attorney

_____
AMANDA S. WICK, #501043DC
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA      )
EASTERN DIVISION              )
EASTERN DISTRICT OF MISSOURI  )

I, Amanda Schlager Wick, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
AMANDA S. WICK, #501043DC

Subscribed and sworn to before me this _19_ day of July 2016.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK